FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

SHALELAH COOK        *

Plaintiff        *      Case Number:

V        *      14-01776 RDB

NATIONAL CENTERS        *
INSTITUTIONS
ALTERNATIVES, Et Al        *

*********************************************

## *AT YOUR SERVICE ADMINISTRATIVE SUPPORT SERVICES*
### *AFFIDAVIT FOR PRIVATE PROCESS SERVICE*

I certify that: I served the <u>Summons and Complaint</u> in the above matter, by hand delivery to <u>Larry Norris at, NCIA Youth in Transition School, 7205 Rutherford Road, Windsor Mill, MD 21244</u> on <u>June 6, 2014</u> and left him/her a copy of all supporting papers.

Description of defendant/respondent:    **Race**: <u>Caucasian</u>

**Sex**: <u>Male</u> **Age**: <u>55-65</u> **Hgt**: <u>5'6'</u> **Wgt**: <u>160</u> **Hair**: <u>brown</u>

I solemnly affirm under the penalty of perjury that the foregoing information is true and based upon my personal knowledge and belief. I further affirm that I am a competent person over the age of 18 and I am not a party in this matter.

Date: <u>6/18/14</u>              _____

Sherrie T. Howell, Process Server
At Your Service Administrative
Support Services
2122 Maryland Ave.
Baltimore, MD 21218
410-539-1188

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Maryland

| | |
|---|---|
| Shalelah Cook | ) |
| _Plaintiff_ | ) ) ) |
| v. | )   Civil Action No. RDB 14-cv-1776 |
| | ) ) |
| National Center Institution Alternatives, LLC | ) |
| _Defendant_ | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Larry Norris
> 7222 Ambassador Road
> Baltimore, Maryland 21244

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Jessie Lyons Crawford, Esquire
> The Law Office of Jessie Lyons Crawford, LLC
> 2601 Maryland Avenue
> Baltimore, Maryland 21218

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 6/4/2014

_____
*Signature of Clerk or Deputy Clerk*

United States District Court

For The

Baltimore District of Maryland

| | |
|---|---|
| Shalelah Cook, Plaintiff | ) |
| 9511 Oaktrace Way | ) |
| Randallstown, Maryland 21133 | ) |
| | ) |
| v. | ) |
| | ) |
| National Center Institution Alternatives, | ) |
| LLC, Defendant | ) |
| Serve: Kirk Larter, Resident Agent | ) |
| 7222 Ambassador Road | ) |
| Baltimore, Maryland 21244 | ) |
| | ) |
| James Hack, Defendant | ) |
| 7222 Ambassador Road | ) |
| Baltimore, Maryland 21244 | ) |
| | ) |
| Walter Billips, Defendant | ) |
| 7222 Ambassador Road | ) |
| Baltimore, Maryland 21244 | ) |
| | ) |
| Jayne Gessner, Defendant | ) |
| 7222 Ambassador Road | ) |
| Baltimore, Maryland 21244 | ) |
| | ) |
| Rodney Norris, Defendant | ) |
| 7222 Ambassador Road | ) |
| Baltimore, Maryland 21244 | ) |
| | ) |
| Larry Norris, Defendant | ) |
| 7222 Ambassador Road | ) |
| Baltimore, Maryland 21244 | ) |
| | ) |
| Herbert J. Hoelter, Defendant | ) |
| 7222 Ambassador Road | ) |
| Baltimore, Maryland 21244 | ) |

Civil Action No. RDB 14-CV-17776

_____ FILED        _____ ENTERED
_____ LODGED       _____ RECEIVED

JUN  2 2014

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
NIGHT DROP BOX

BALTIMORE-RIGHT BOX
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
2014 JUN -2  PM 6:08

1

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

2014 JUN 19 PM 3: 09

**SHALELAH COOK**

CLERK'S OFFICE
AT BALTIMORE

Plaintiff   BY_____DEPUTY   Case Number:

V                                       *       14-01776 RDB

**NATIONAL CENTERS**                    *
**INSTITUTIONS**
**ALTERNATIVES, Et Al**                 *

************************************************

### *AT YOUR SERVICE ADMINISTRATIVE SUPPORT SERVICES*
### *AFFIDAVIT FOR PRIVATE PROCESS SERVICE*

I certify that:  I served the  <u>Summons and Complaint</u>  in the above matter, by hand delivery to  <u>Jayne Gessner at, NCIA Administrative Offices,</u> <u>7222 Ambassador Road, Windsor Mill, MD 21244</u> on <u>June 6, 2014</u> and left him/her a copy of all supporting papers.

Description of defendant/respondent:    **Race:**  <u>Caucasian</u>

**Sex:** <u>Female</u> **Age:** <u>50-55</u> **Hgt:** <u>5'5"</u> **Wgt:** <u>160</u> **Hair:** <u>medium</u> brown

I solemnly affirm under the penalty of perjury that the foregoing information is true and based upon my personal knowledge and belief. I further affirm that I am a competent person over the age of 18 and I am not a party in this matter.

Date: <u>6/18/14</u>

Sherrie T. Howell, Process Server
At Your Service Administrative
Support Services
2122 Maryland Ave.
Baltimore, MD 21218
410-539-1188

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Maryland

| | |
|---|---|
| Shalelah Cook | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No. RBB 14-CV-1776 |
| National Center Institution Alternatives, LLC | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Jayne Gessner
> 7222 Ambassador Road
> Baltimore, Maryland 21244

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Jessie Lyons Crawford, Esquire
> The Law Office of Jessie Lyons Crawford, LLC
> 2601 Maryland Avenue
> Baltimore, Maryland 21218

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 6/4/2014



_____
*Signature of Clerk or Deputy Clerk*

United States District Court

For The

Baltimore District of Maryland

| | |
|---|---|
| Shalelah Cook, Plaintiff | ) |
| 9511 Oaktrace Way | ) |
| Randallstown, Maryland 21133 | ) |
| | ) |
| | ) |
| v. | ) |
| | ) |
| National Center Institution Alternatives, | ) |
| LLC, Defendant | ) |
| Serve: Kirk Larter, Resident Agent | ) |
| 7222 Ambassador Road | ) |
| Baltimore, Maryland 21244 | ) |
| | ) |
| James Hack, Defendant | ) |
| 7222 Ambassador Road | ) |
| Baltimore, Maryland 21244 | ) |
| | ) |
| Walter Billips, Defendant | ) |
| 7222 Ambassador Road | ) |
| Baltimore, Maryland 21244 | ) |
| | ) |
| Jayne Gessner, Defendant | ) |
| 7222 Ambassador Road | ) |
| Baltimore, Maryland 21244 | ) |
| | ) |
| Rodney Norris, Defendant | ) |
| 7222 Ambassador Road | ) |
| Baltimore, Maryland 21244 | ) |
| | ) |
| Larry Norris, Defendant | ) |
| 7222 Ambassador Road | ) |
| Baltimore, Maryland 21244 | ) |
| | ) |
| Herbert J. Hoelter, Defendant | ) |
| 7222 Ambassador Road | ) |
| Baltimore, Maryland 21244 | ) |

Civil Action No. RDB 14-CV-17716

FILED _____ ENTERED
LODGED _____ RECEIVED

JUN 2 2014

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
NIGHT DROP BOX

2014 JUN -2 PM 6: 08
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND

BALTIMORE-NIGHT BOX

1

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

2014 JUN 19 PM 3:05

AT BALTIMORE

BY _____ DEPUTY

| | | |
|---|---|---|
| SHALELAH COOK | * | |
| Plaintiff | * | Case Number: |
| V | * | 14-01776 RDB |
| NATIONAL CENTERS | * | |
| INSTITUTIONS | | |
| ALTERNATIVES, Et Al | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### *AT YOUR SERVICE  ADMINISTRATIVE SUPPORT  SERVICES*
#### *AFFIDAVIT FOR PRIVATE PROCESS SERVICE*

I certify that: I served the <u>Summons and Complaint</u> in the above matter, by hand delivery to <u>Walter Billups at, NCIA Administrative Offices, 7222 Ambassador Road, Windsor Mill, MD 21244</u> on <u>June 6, 2014</u> and left him/her a copy of all supporting papers.

Description of defendant/respondent:   **Race**:  <u>African American</u>

**Sex**: <u>Male</u> **Age**: <u>45-55</u> **Hgt**: <u>6'1"</u> **Wgt**: <u>190</u> **Hair**: <u>black</u>

I solemnly affirm under the penalty of perjury that the foregoing information is true and based upon my personal knowledge and belief. I further affirm that I am a competent person over the age of 18 and I am not a party in this matter.

Date:  <u>6/18/14</u>

Sherrie T. Howell, Process Server
At Your Service Administrative
Support Services
2122 Maryland Ave.
Baltimore, MD 21218
410-539-1188

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Maryland

| | | |
|---|---|---|
| Shalelah Cook | ) | |
| _Plaintiff_ | ) | Civil Action No. RDB 14-CV-1776 |
| v. | ) | |
| National Center Institution Alternatives, LLC | ) | |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

> Walter Billips
> 7222 Ambassador Road
> Baltimore, Maryland 21244

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Jessie Lyons Crawford, Esquire
> The Law Office of Jessie Lyons Crawford, LLC
> 2601 Maryland Avenue
> Baltimore, Maryland 21218

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:  6/4/2014



_Signature of Clerk or Deputy Clerk_

United States District Court

For The

Baltimore District of Maryland

Shalelah Cook, Plaintiff                                 )
9511 Oaktrace Way                                        )
Randallstown, Maryland 21133                             )
                                                         )
                                                         )
v.                                                       )        Civil Action No. RDB 14-CV-1776
                                                         )
                                                         )
National Center Institution Alternatives,                )
LLC, Defendant                                           )
Serve: Kirk Larter, Resident Agent                       )
7222 Ambassador Road                                     )
Baltimore, Maryland 21244                                )
                                                         )
                                                         )
James Hack, Defendant                                    )
7222 Ambassador Road                                     )
Baltimore, Maryland 21244                                )
                                                         )
                                                         )
Walter Billips, Defendant                                )
7222 Ambassador Road                                     )
Baltimore, Maryland 21244                                )
                                                         )
                                                         )
Jayne Gessner, Defendant                                 )
7222 Ambassador Road                                     )
Baltimore, Maryland 21244                                )
                                                         )
                                                         )
Rodney Norris, Defendant                                 )
7222 Ambassador Road                                     )
Baltimore, Maryland 21244                                )
                                                         )
                                                         )
Larry Norris, Defendant                                  )
7222 Ambassador Road                                     )
Baltimore, Maryland 21244                                )
                                                         )
                                                         )
Herbert J. Hoelter, Defendant                            )
7222 Ambassador Road                                     )
Baltimore, Maryland 21244                                )

FILED ___ ENTERED
LODGED ___ RECEIVED

JUN   2 2014

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
NIGHT DROP BOX

BALTIMORE-NIGHT BOX
2014 JUN -2  PM 6:08
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND

1

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

2014 JUN 19

CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY

| | | |
|---|---|---|
| SHALELAH COOK | * | |
| Plaintiff | * | Case Number: |
| V | * | 14-01776 RDB |
| NATIONAL CENTERS | * | |
| INSTITUTIONS | | |
| ALTERNATIVES, Et Al | * | |

*********************************************

## AT YOUR SERVICE ADMINISTRATIVE SUPPORT SERVICES
### AFFIDAVIT FOR PRIVATE PROCESS SERVICE

I certify that: I served the  Summons and Complaint  in the above matter, by hand delivery to  James Hack at, NCIA Career Development Center, 2621 Lord Baltimore Dr., Windsor Mill, MD 21244 on June 6, 2014 and left him/her a copy of all supporting papers.

Description of defendant/respondent:    **Race**: African American

**Sex**: Male **Age**: 45-50 **Hgt**: 5'2" **Wgt**: 160 **Hair**: bald

I solemnly affirm under the penalty of perjury that the foregoing information is true and based upon my personal knowledge and belief. I further affirm that I am a competent person over the age of 18 and I am not a party in this matter.

Date: 6/18/14

Sherrie T. Howell, Process Server
At Your Service Administrative
Support Services
2122 Maryland Ave.
Baltimore, MD 21218
410-539-1188

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | |
|---|---|
| Shalelah Cook | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. RDB 14-cv-1776 |
| | ) |
| National Center Institution Alternatives, LLC | ) |
| _____ | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

James Hack
7222 Ambassador Road
Baltimore, Maryland 21244

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jessie Lyons Crawford, Esquire
The Law Office of Jessie Lyons Crawford, LLC
2601 Maryland Avenue
Baltimore, Maryland 21218

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 6/4/2014 _____



_____
*Signature of Clerk or Deputy Clerk*

United States District Court

For The

Baltimore District of Maryland

| | |
|---|---|
| Shalelah Cook, Plaintiff | ) |
| 9511 Oaktrace Way | ) |
| Randallstown, Maryland 21133 | ) |
| | ) |
| | ) |
| v. | ) |
| | ) |
| National Center Institution Alternatives, | ) |
| LLC, Defendant | ) |
| Serve: Kirk Larter, Resident Agent | ) |
| 7222 Ambassador Road | ) |
| Baltimore, Maryland 21244 | ) |
| | ) |
| James Hack, Defendant | ) |
| 7222 Ambassador Road | ) |
| Baltimore, Maryland 21244 | ) |
| | ) |
| Walter Billips, Defendant | ) |
| 7222 Ambassador Road | ) |
| Baltimore, Maryland 21244 | ) |
| | ) |
| Jayne Gessner, Defendant | ) |
| 7222 Ambassador Road | ) |
| Baltimore, Maryland 21244 | ) |
| | ) |
| Rodney Norris, Defendant | ) |
| 7222 Ambassador Road | ) |
| Baltimore, Maryland 21244 | ) |
| | ) |
| Larry Norris, Defendant | ) |
| 7222 Ambassador Road | ) |
| Baltimore, Maryland 21244 | ) |
| | ) |
| Herbert J. Hoelter, Defendant | ) |
| 7222 Ambassador Road | ) |
| Baltimore, Maryland 21244 | ) |

Civil Action No. RDB 14-CV-17776

FILED ___ ENTERED
___ LODGED ___ RECEIVED

JUN 2 2014

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
NIGHT DROP BOX

U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
2014 JUN -2 PM 6: 08

BALTIMORE-NIGHT BOX

1